# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

ROCKY MORRIS WHITE

**JUDGMENT IN A CIVIL CASE**

v.

UNITED STATES OF AMERICA

CASE NUMBER:   05-1307-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/14/05, the defendant's motion to request credit for time served in state custody is DENIED and this case is hereby DISMISSED.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


THOMAS M. GOULD
CLERK

10/18/05               BY:   _C. Herd_
DATE                         DEPUTY CLERK


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __10-19-05__ .

(4)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01307 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Rocky Morris White
18698-076
P.O. Box 5000
Oakdale, LA 71463

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT