IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) No. 05-1307-T-An |
| ROCKY MORRIS WHITE, | ) |
| Defendant. | ) |

## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

Defendant has moved the court for the appointment of counsel in his appeal of the denial of his motion filed pursuant to 28 U.S.C. § 2255. Judgment was entered against Defendant on October 19, 2005, and no notice of appeal has been filed. Consequently, Defendant does not have any matter currently pending before the court, and his motion for the appointment of counsel is DENIED.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

23 December 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___12-29-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01307 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Rocky Morris White
Federal Correctional Complex (Medium)
18698-076
P.O. Box 3000
Forrest City, AR 72336

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT